| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] □ Agent □ Addressee<br>B. Received by (Printed Name) Geranima    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Janice M Emerson<br>40 Florentina<br>Platte City, MO 64079<br><br>14-6002-DW doc 7 | D. Is delivery address different from item 1? □ Yes ☒ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   □ Express Mail<br>□ Registered   ☒ Return Receipt for Merchandise<br>□ Insured Mail   □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number (Transfer from service label) | 7013 1710 0000 5617 7152 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540